IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) | Case No. 10-5125 SC |
| ) | |
| Plaintiff, ) | DEFAULT JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| ELISA AQUINO MARCAIDA, ) | |
| individually and d/b/a MANILA ) | |
| MANILA 2 RESTAURANT, ) | |
| ) | |
| Defendant. ) | |

It is hereby ORDERED, ADJUDGED, and DECREED that Judgment in this action shall be entered in favor of PLAINTIFF J & J Sports Productions, Inc. and against DEFENDANT Elisa Aquino Marcaida, individually, and doing business as Manila Manila 2 Restaurant, in the amount of $10,353.73. This amount consists of the following: $6,600 in statutory damages under 47 U.S.C. § 605, $2,200 in damages for conversion, $1,045 in costs, and $508.73 in attorney fees.

IT IS SO ORDERED, ADJUDGED, and DECREED.

Dated: June 9, 2011

_____
UNITED STATES DISTRICT JUDGE